UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THYRA LOWE, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>441 4th Street, N.W. )<br>Sixth Floor South )<br>Washington DC 20001 )<br>Defendant. )<br>_____) | C. A. No. 05-008269<br>(Jury Trial Requested)<br>CASE NUMBER  1:05CV02205<br>JUDGE: Henry H. Kennedy<br>DECK TYPE: Employment Discrimination<br>DATE STAMP: 11/10/2005 |

## NOTICE OF REMOVAL

Without waiving any right to challenge sufficiency of process, pursuant to 28 U.S.C. §§1441(b) and 1446, defendant District of Columbia removes the above action from the Superior Court of the District of Columbia to this Honorable Court because the United States District Court would have original jurisdiction over this matter under 28 U.S.C. § 1331 since Plaintiff purports to state a cause of action under 42 U.S.C. § 1983.

Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Dated: November 10, 2005

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 10th day November, 2005 to:

F. Douglas Hartnett, Esq.
Elitok & Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, N.W.
Washington, D.C. 20007

WENDEL V. HALL
Assistant Attorney General

2