UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>  Defendant. )<br>) | Civil Action No.  05-2205 (HHK) |

**MOTION FOR ENLARGEMENT OF THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the time within which it may answer or otherwise respond to the Complaint. In support of this motion, Defendant states as follows:

1.  This matter was removed from D.C. Superior Court on November 10, 2005. Fed. R. Civ. P. 81(c) provides that Defendant has five days, calculated in accordance with Fed. R. Civ. P. 6, to answer or otherwise respond to the Complaint. Defendant's answer or other response would therefore appear to be due on November 18, 2005.

2.  Plaintiff's complaint purports to state a claim under the D.C. Whistleblower Protection Act and the First Amendment to the United States Constitution. These complex causes of action present a number of legal and factual issues for investigation and research.

3. Defendant's counsel therefore requires additional time to complete his legal and factual research. In light of the current deadline and the press of business, he is unable to complete the necessary investigation before filing an answer or other response.

4. Defendant respectfully requests that the Court enlarge the time for its answer or other response to January 20, 2006. Given the complexity of the potential investigation and the upcoming holidays, this date would provide sufficient time to respond to the Complaint.

5. In compliance with LCvR 7.1(m), Defendant's counsel spoke with Plaintiff's counsel. Plaintiff's counsel declined to consent to the relief requested pending further discussion with the Plaintiff.

Dated: November 18, 2005                    Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division


                                            _____
                                            KIMBERLY MATTHEWS JOHNSON
                                            Chief, General Litigation I
                                            D.C. Bar No. 435163


                                            _____
                                            WENDEL V. HALL
                                            Assistant Attorney General
                                            D.C. Bar No. 439344
                                            Suite 6S012
                                            441 4th Street, N.W.
                                            Washington, D.C. 20001
                                            (202) 724-6608
                                            (202) 727-0431 (fax)
                                            E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THYRA LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-2205 (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the time within which it may answer or otherwise respond to the Complaint. In support of this motion, Defendant states as follows:

This matter was removed from D.C. Superior Court on November 10, 2005. Fed. R. Civ. P. 81(c) provides that Defendant has five days, calculated in accordance with Fed. R. Civ. P. 6, to answer or otherwise respond to the Complaint. Defendant's answer or other response would therefore appear to be due on November 18, 2005.

Plaintiff's complaint purports to state a claim under the D.C. Whistleblower Protection Act and the First Amendment to the United States Constitution. These complex causes of action present a number of legal and factual issues for investigation and research. Defendant's counsel therefore requires additional time to complete his legal and factual research. In light of the

3

current deadline and the press of business, he is unable to complete the necessary investigation before filing an answer or other response.

Defendant respectfully requests that the Court enlarge the time for its answer or other response to January 20, 2006. Given the complexity of the potential investigation and the upcoming holidays, this date would provide sufficient time to respond to the Complaint.

In compliance with LCvR 7.1(m), Defendant's counsel spoke with Plaintiff's counsel. Plaintiff's counsel declined to consent to the relief requested pending further discussion with the Plaintiff.

Dated: November 18, 2005                    Respectfully submitted,

                                                ROBERT J. SPAGNOLETTI
                                                Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                _____

                                                KIMBERLY MATTHEWS JOHNSON
                                                Chief, General Litigation I
                                                D.C. Bar No. 435163

                                                _____

                                                WENDEL V. HALL
                                                Assistant Attorney General
                                                D.C. Bar No. 439344
                                                Suite 6S012
                                                441 4th Street, N.W.
                                                Washington, D.C. 20001
                                                (202) 724-6608
                                                (202) 727-0431 (fax)
                                                E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THYRA LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-2205 (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having considered Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, the memorandum of points and authorities in support, Plaintiff's Opposition, Defendant's Reply, if any, and the entire record herein, it is, this ____ day of ____, 2005:

ORDERED:   that Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendant shall file its answer or other response to the Complaint on or before January 20, 2006.

_____
Henry H. Kennedy
United States District Judge

5

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

F. Douglas Hartnett, Esq.
Elitok & Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, N.W.
Washington, D.C. 20007

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General, D.C.

          CHARLES F. BARBERA
          Deputy Attorney General, D.C.

          BRUCE BRENNAN
          Assistant Deputy Attorney General, D.C.
          Commercial Division

          _____

Kimberly Matthews Johnson,
Interim Section Chief, Contracts, Regulatory & Personnel

_____
WENDEL HALL  Assistant Attorney General, D.C.
Commercial Division
441 4th Street, NW
Washington, DC 20001
(202) 724-6608
(202) 727-0431

**CERTIFICATE OF SERVICE**

     I certify that a copy of the foregoing _____ was sent by first class mail, on this ___ day of _____ 200__ to:

_____
WENDEL HALL
Assistant Attorney General

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Plaintiff, | ) ) ) ) ) ) CV # ) ) Judge ) ) Next Event: Discovery Closes, ) November 18, 2005 ) ) ) ) ) |
| v. |  |
| Defendant |  |

**ORDER**

Upon consideration of_____, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein and it appearing to the Court that the motion should be granted, it is by the Court this _____ day of _____, 200__.

ORDERED: That the motion shall be and the same is hereby granted; it is,

FURTHER ORDERED: That

_____

cc:

Wendel Hall
Assistant Attorney General
P.O. Box 14600
Washington, D.C. 20044-4600