UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 05-002205 (HHK) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the time within which it may answer or otherwise respond to the Complaint. The requested enlargement is two business days or until January 24, 2005. In support of this motion, Defendant states as follows:

1.      The complaint was removed to this Court on November 10, 2005. The complaint purports to state a claim against Defendant District based on the D.C. Whistleblower Protection Act, D.C. Official Code § 1-615.51, and 42 U.S.C. § 1983.

2.      Defendant has completed its review of Plaintiff's Complaint and is in the process of finalizing its response to the complaint. Defendant requests an additional two days within which to file its response.

1

3. Defendant District of Columbia therefore requests that it be given until January 24, 2006, to answer or otherwise respond to plaintiff's complaint. The amount of time is consistent with the complexity of the issues and the degree of factual investigation required.

4. In accordance with LCvR 7.1(m), Defendant called Plaintiff to seek consent. Defendant left a message for Plaintiff's counsel, but he did return the call before this motion was filed.

Defendant therefore respectfully requests that the Court enlarge its time for answering or otherwise responding to the Complaint as requested herein.

Dated: January 20, 2006                    Respectfully submitted,

                                                      ROBERT J. SPAGNOLETTI
                                                      Attorney General for the District of Columbia

                                                      GEORGE C. VALENTINE
                                                      Deputy Attorney General
                                                      Civil Litigation Division


                                                      /s/ Kimberly Johnson
                                                      KIMBERLY MATTHEWS JOHNSON
                                                      Chief, General Litigation I
                                                      D.C. Bar No. 435163


                                                      /s/ Wendel Hall
                                                      WENDEL V. HALL
                                                      Assistant Attorney General
                                                      D.C. Bar No. 439344
                                                      Suite 6S012
                                                      441 4th Street, N.W.
                                                      Washington, D.C. 20001
                                                      (202) 724-6608
                                                      (202) 727-0431 (fax)
                                                      E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THYRA LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-002205 (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the time within which it may answer or otherwise respond to the Complaint. The requested enlargement is two business days or until January 24, 2005. In support of this motion, Defendant states as follows:

1. The complaint was removed to this Court on November 10, 2005. The complaint purports to state a claim against Defendant District based on the D.C. Whistleblower Protection Act, D.C. Official Code § 1-615.51, and 42 U.S.C. § 1983.

2. Defendant has completed its review of Plaintiff's Complaint and is in the process of finalizing its response to the complaint. The additional two days will allow defendant the opportunity to complete its response.

3

3.      Defendant District of Columbia therefore requests that it be given until January 24, 2006 for its answer or other response.  The amount of time is consistent with the complexity of the issues and the degree of factual investigation required.

4.      In accordance with LCvR 7.1(m), Defendant called Plaintiff to seek consent. Defendant left a message for Plaintiff's counsel, but he did return the call before this motion was filed.

Defendant therefore respectfully requests that the Court enlarge its time for answering or otherwise responding to the Complaint as requested herein.

Dated: January 20, 2006                      Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163




/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THYRA LOWE,          )<br>                              )<br>                              )<br>     Plaintiff,          )<br>                              )  Civil Action No. 05-002205 (HHK)<br>v.                           )<br>                              )<br>                              )<br>                              )<br>DISTRICT OF COLUMBIA, )<br>                              )<br>                              )<br>     Defendant.        )<br>                              ) |  |

**ORDER**

Having considered Defendant's Motion For Enlargement To Answer Or Otherwise Respond To The Complaint, the memorandum of points and authorities in support, Plaintiff's Opposition, and the entire record herein, it is, this ____ day of ____, 2005:

ORDERED:  that Defendant's Motion For Enlargement To Answer Or Otherwise Respond To The Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:  that Defendant District of Columbia shall answer or otherwise respond to the Complaint on or before January 24, 2006.

_____
Henry H. Kennedy
United States District Judge

5

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

F. Douglas Hartnett, Esq.
Elitok & Hartnett
2428 Wisconsin Avenue Nw
Washington DC 20007