UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : C. A. No. 05-0002205 (HHK) |
|  | : |
| DISTRICT OF COLUMBIA, | : |
|  | : |
| Defendant. | : |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R.Civ. P. 6(b), Plaintiff Thyra Lowe, by and through undersigned Counsel hereby requests an enlargement of time until February 14, 2006 to file her Response to the Defendant's Motion to Dismiss for Failure to State a Claim. Plaintiff has consulted with opposing counsel, who consents to this Motion.

Dated: February 7, 2006        Respectfully Submitted:

/s/ F. Douglas Hartnett
F. Douglas Hartnett
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202) 965-0529 / (202) 965 0530 (fax)

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, | : |
| Plaintiff, | : |
| v. | : C. A. No. 05-0002205 (HHK) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND**

Under Fed. R Civ. P. 6(b) The Court may grant an enlargement of time for good cause shown.  This instant case involves many complex issues of fact and law, both federal and District of Columbia, as well as Constitutional, which necessitate a detailed and exhaustive response.  The Defendant's Motion to Dismiss further complicates the necessary response because it makes detailed factual assertions, many of which are not accurate, but that would be dispositive if left unrebutted.

Because this Motion is non-dispositive, consultation with opposing counsel is required under LCv R.7(m).  Plaintiff's counsel did consult with opposing counsel on February 7, 2006 by telephone.  Opposing counsel does not oppose this Motion for an Enlargement of time until February 14, 2006.

Dated:  February 7, 2006  Respectfully Submitted:

/s/ F. Douglas Hartnett  
F. Douglas Hartnett  
Elitok and Hartnett at Law, L.L.C.  
2428 Wisconsin Avenue, NW  
Washington, DC 20007  
(202) 965-0529 / (202) 965 0530 (fax)

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, | : |
| Plaintiff, | : |
| v. | : C. A. No. 05-0002205 (HHK) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

### ORDER

Having considered Plaintiff's Motion for an Enlargement of Time to Respond, the Memorandum of Points and Authorities in Support, the consent of opposing counsel, and the entire record herein, it is, on this ____ day of ____, 2006:

ORDERED: that Plaintiff's Motion for an Enlargement of Time to Respond shall be and hereby is, GRANTED; and it is

FURTHER ORDERED: That Plaintiff shall submit her Response to the Defendant's Motion to Dismiss for Failure to State a Claim no later than February 14, 2006.

_____
Henry H. Kennedy
United States District Judge