UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THRYA LOWE, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>DISTRICT OF COLUMBIA, )<br>  )<br>  Defendant. )<br>  ) | Civil Action No. 05-00022505 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO SATE A CLAIM**

Plaintiff, Thyra Lowe, by and through undersigned counsel, does hereby move for an order extending the time within which Plaintiff may respond to Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 6(b)(1). Plaintiff requests an additional twenty-one (21) days within which to respond to Defendant's Motion to Dismiss for Failure to State a Claim, and in support of this motion Defendant states as follows:

1. Counsel for Plaintiff is in Buffalo, New York, on the date of this filing for a hearing in another matter. That hearing was extended at the order of the presiding officer to continue beyond the time originally anticipated by the parties. Upon return, Counsel for the Plaintiff faces a rigorous schedule and requires additional time to respond to Defendant's Motion to Dismiss.

2. In accordance with LcvR 7.1(m), Counsel for Plaintiff has contacted Wendell V. Hall, counsel for the Defendant, via telephone to request consent to the extension. This consent was given.

Defendant therefore respectfully requests that the Court enlarge its time for responding or

otherwise filing in response to Plaintiff's Motion to Dismiss.

Dated: February 14, 2006

Respectfully Submitted,

/s/ F. Douglas Hartnett
F. Douglas Hartnett
Elitok & Hartnett, LLC
2428 Wisconsin Ave., NW
2nd Floor
Washington, DC 20007
(202) 965 - 0529

**CERTIFICATE OF SERVICE**

I do hereby certify under the penalty of perjury that on this _____ day of February, 2006 a true and like copy of the above Consent Motion for Enlargement of Time for Plaintiff Response to Defendant's Motion to Dismiss for Failure to State a Claim and corresponding Order was sent via first class mail to: Wendell V. Hall, Assistant Attorney General, Suite 6S012, 441 4th St., N.W., Washington, DC 20001.

/s/ F. Douglas Hartnett
F. Douglas Hartnett