UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THRYA LOWE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-00022505 |

**ORDER**

Having considered Plaintiff's Motion for Enlargement to Respond to Defendant's Motion to Dismiss for Failure to State a Claim, the Memorandum and points of authority in support thereof, and the entire record herein, it is this _____ day of _____, 2006:

ORDERED: that Plaintiff's Motion for Enlargement of Time to Respond or Otherwise File in Response to Defendant's Motion to Dismiss for Failure to State a Claim shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: that Plaintiff, Thyra Lowe, shall respond or otherwise file in response to Defendant's Motion to Dismiss for Failure to State a Claim on or before March 7, 2006.

_____
Henry H. Hennedy
United States District Judge