UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THRYA LOWE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-00022505 |

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, Thyra Lowe, by and through undersigned counsel, does hereby move for an order allowing Plaintiff to file an amended complaint as a matter of right.  Federal Rule of Civil Procedure 15(a) provides that a party may file an amended complaint "once as a matter of course" prior to the Defendant filing a responsive pleading.  A 12(b)(6) motion to dismiss for failure to state a claim is not a responsive pleading within the definition of Federal Civil Procedure Rule 7, and Rule 15(a) permits amendment as a matter of right to cure defects of Plaintiff's original Complaint that may be raised in a 12(b)(6) motion to dismiss.

WHEREFORE, Plaintiff respectfully moves this Court to GRANT Plaintiff's Motion for Leave to File an Amended Complaint for reasons stated herein.

Dated: March xx, 2006

Respectfully Submitted,

_____

F. Douglas Hartnett

Elitok & Hartnett, LLC

2428 Wisconsin Ave., NW

2nd Floor

Washington, DC 20007

(202) 965 - 0529

## CERTIFICATE OF SERVICE

I do hereby certify under the penalty of perjury that on this _____ day of March, 2006 a true and like copy of the above Motion for Leave to File an Amended Complaint and corresponding Order was sent via first class mail to: Wendell V. Hall, Assistant Attorney General, Suite 6S012, 441 4th St., N.W., Washington, DC  20001.

_____

F. Douglas Hartnett