UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THRYA LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-00022505 |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

In support of Plaintiff's Motion for Leave to File an Amended Complaint, Plaintiff submits that:

1. Federal Rule of Civil Procedure 15(a) provides that a party may file an amended complaint "once as a matter of course" prior to the Defendant filing a responsive pleading.

2. A 12(b)(6) motion to dismiss for failure to state a claim is not a responsive pleading within the definition of Federal Civil Procedure Rule 7.

3. Rule 15(a) permits amendment as a matter of right to cure defects of Plaintiff's original Complaint that may be raised in a 12(b)(6) motion to dismiss.

Dated: March 7, 2006

Respectfully Submitted,

F. Douglas Hartnett

Elitok & Hartnett, LLC

2428 Wisconsin Ave., NW

2nd Floor

Washington, DC 20007

(202) 965 - 0529

**CERTIFICATE OF SERVICE**

I do hereby certify under the penalty of perjury that on this 7th day of March, 2006, a true and like copy of the above Motion for Leave to File an Amended Complaint and corresponding Order was sent via first class mail to: Wendell V. Hall, Assistant Attorney General, Suite 6S012, 441 4th St., N.W., Washington, DC  20001.

F. Douglas Hartnett