UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THRYA LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00022505 (HHK) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered Plaintiff's Motion for Leave to File an Amended Complaint, and the arguments contained therein, it is hereby ORDERED that Plaintiffs Motion for Leave to File an Amended Complaint be GRANTED on this ___ day of _____ , 2006.

_____
Henry H. Kennedy
United States District Judge