UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE,<br><br>    Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action 05-02205 (HHK) |

### ORDER

Plaintiff's "Motion for Leave to File an Amended Complaint" (Dkt. #9), is hereby **DENIED** without prejudice for failure to comply with the U.S. District Court for the District of Columbia Local Rules. Specifically, the motion shall be denied because the motion does not indicate that the movant discussed the anticipated motion with opposing counsel to determine whether there is any opposition to the relief sought, as required by LCvR 7(m).

In addition, the court notes that plaintiff's "Motion for Leave to File an Amended Complaint" is unnecessary given that a party is permitted to amend a pleading "once as a matter of course at any time before a responsive pleading is served . . . ." Fed. R. Civ. P. 15(a).

                     Henry H. Kennedy, Jr.
                     United States District Judge

Dated: March 16, 2006