UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THYRA LOWE,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　　**Defendant.** | Civil Action 05-02205 (HHK) |

### ORDER

Presently before the court is the District of Columbia's "Motion to Dismiss" (Dkt. #4). In light of plaintiff's desire to amend her complaint as permitted by Fed. R. Civ. P. 15(a), the court concludes that the motion is moot and should therefore be denied. Accordingly, it is this 16th day of March, 2006, hereby

**ORDERED** that the District of Columbia's "Motion to Dismiss" (Dkt #4) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge