UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THRYA LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-0002205 (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

Defendant District of Columbia, by and through undersigned counsel and with the consent of Plaintiff, moves to continue the Initial Scheduling conference set for May 30, 2006 to a date convenient for the Court in June 2006. Defendant's counsel is required to appear before Chief Judge Hogan in Shepperd v. District of Columbia, No. 05-02126 (TFH) at 10:00 A.M. on the same day and Plaintiff's counsel is required to appear before an administrative law judge in the District of Columbia Office of Administrative Hearings for a prehearing conference at 9:30 A.M. A memorandum of points and authorities in support of this motion and a proposed Order accompany this motion.

Pursuant to LCvR 7.1(m), Defendant's counsel spoke with Plaintiff's counsel seeking Plaintiff's consent to the relief requested herein. Plaintiff consented.

Dated: May 26, 2006 Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly Johnson per HJ
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THRYA LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-0002205 (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

The parties respectfully request that the Court continue the Initial Scheduling Conference scheduled for May 30, 2006. The complaint in this matter was originally filed in the Superior Court of the District of Columbia. It was removed to this Court in November 2005. The District filed a motion to dismiss in January 2006. In response, Plaintiff filed an amended complaint and a hearing was set for May 30, 2006 at 9:45 A.M.

As noted above, both counsel have scheduling conflicts with the currently scheduled hearing. Defendant's counsel has a conflict with another status conference before Chief Judge Hogan on that day which is scheduled to begin 15 minutes after the scheduling conference in this matter in set to begin. This conflict was noted as counsel was planning the schedule for the week after Memorial Day and is being promptly brought to the Court's attention. Counsel would note,

3

however, that he is willing to make any necessary effort to comply with the requirements of the Order in this case and Chief Judge Hogan's Order in <u>Shepperd v. District of Columbia</u> as well.

In addition, Plaintiff consents to defendant's motion to reschedule the status conference. Plaintiff's counsel has a pre-hearing conference before Judge Handy at the District of Columbia Office of Administrative hearings which begins at 9:30 a.m. on Tuesday May 30, 2006. Plaintiff's request to reschedule that conference was refused because the hearing in that matter is scheduled shortly thereafter, and rescheduling the prehearing was not possible without forcing the hearing to also be postponed. In the circumstances, the parties respectfully suggest that the standards of Fed. R. Civ. P. 6(b)(1) are met and request that the Court continue the matter.

For the foregoing reasons and such others as may appear to the Court, the parties jointly request that the Court enter the relief requested herein.

Dated: May 26, 2006                              Respectfully submitted,

                                                       ROBERT J. SPAGNOLETTI
                                                      Attorney General for the District of Columbia

                                                      GEORGE C. VALENTINE
                                                      Deputy Attorney General
                                                      Civil Litigation Division


                                                      /s/ Kimberly Johnson per HJ
                                                      KIMBERLY MATTHEWS JOHNSON
                                                      Chief, General Litigation I
                                                      D.C. Bar No. 435163

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THRYA LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0002205 (HHK) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having considered Defendant's Consent Motion To Continue Initial Scheduling Conference, the memorandum of points and authorities in support, Plaintiff's Consent, and the entire record herein, it is, this _____ day of _____, 2006:

ORDERED: that Defendant's Consent Motion To Continue Initial Scheduling Conference shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: that the Initial Scheduling Conference shall be, and hereby is, rescheduled to _____, 2006.

_____
Henry Kennedy
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

F. Douglas Hartnett, Esq.
ELITOK & HARTNETT, AT-LAW, LLC
2428 Wisconsin Avenue, NW
2nd Floor
Washington, DC 20007

cc:

Wendel Hall
Assistant Attorney General
P.O. Box 14600
Washington, D.C. 20044-4600