**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THYRA LOWE**, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| A Municipal Corporation, ) | |
| ) | |
| **GREGORY PAYNE**, ) | Civil Action No. 05-2205 (HHK) |
| In his official and individual capacities, ) | (Jury Trial Requested) |
| ) | |
| **MONICA LAMBOY**, ) | |
| In her official and individual capacities, ) | |
| ) | |
| **THOMAS CALHOUN** ) | |
| In his official and individual capacities, ) | |
| ) | |
| and ) | |
| ) | |
| **CHERYL EDWARDS**, ) | |
| In her official and individual capacities, ) | |
| ) | |
| Defendants. ) | |

**LCvR 16.3 CONFERENCE REPORT**

Pursuant to LcvR 16.3, counsel for Plaintiff and Defendant met on July 19, 2006. Below is a report of the results of that conference on the matters specified in Rule (16.3(c)).

(1) There are no pending dispositive motions. Defendant District of Columbia and the individual defendants have sought leave to file a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted on July 25, 2006. The parties agreed to focus

      initial discovery on the state law claims and the liability of the District of Columbia until a ruling on the dispositive motion is issued.

(2)     Neither party currently expects additional parties or further amended pleadings prior to the close of discovery. The parties agreed that, should it become necessary, additional parties will be joined by August 15, 2006. The parties further agreed to confer following discovery for the purpose of narrowing some or all of the factual and legal issues.

(3)     The parties agreed that this matter should not be referred to a Magistrate Judge for any purpose, with the exception of settlement.

(4)     The parties agreed that they are willing to discuss settlement, but that the information to be gained from discovery may be important to assessing their respective settlement positions. Following discovery, the parties will confer to assess the likelihood of settlement.

(5)     The parties are open to engaging in mediation following discovery.

(6)     The parties have agreed to set December 21, 2006 as a tentative date for completion of Discovery. The parties further agreed to file dispositive motions by January 30, 2007; to file opposition to dispositive motions by February 28, 2007; replies to opposition filed by March 15, 2007.

(8)     The only protective order the parties foresee may be necessary are to protect personnel information and health records of the Plaintiff or current and retired federal employee witnesses. Counsel have exchanged draft HIPPA releases in anticipation of discovery requests and will advise the court as necessary of any protective orders required to protect such information.

(9)     The parties agreed that the proponent's Rule 26(a)(2) disclosure regarding expert

witnesses will be filed by October 10, 2006, with opponent's responses due by November 10, 2006.

(10) This is not a class action, so Rule 23 will not apply.

(11) Neither party sees the need to bifurcate any portion of this matter.

(12) The parties jointly propose that the Court set a date for the pretrial conference following the close of discovery and the resolution of any dispositive motions.

(13) The parties jointly propose that a trial date be set at the pretrial conference.

(14) The parties see no other matters that require inclusion in the scheduling order.


Dated: July 27, 2006

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ <br> F. DOUGLAS HARTNETT <br> Counsel for Plaintiff <br> Elitok and Hartnett at Law, LLC <br> 2428 Wisconsin Ave., NW <br> Washington, DC 20007 <br> 202-965-0529 | ROBERT J. SPAGNOLETTI <br> Attorney General for the District of Columbia <br><br> GEORGE C. VALENTINE <br> Deputy Attorney General <br> Civil Litigation Division <br><br> _____/s/_____ <br> KIMBERLY MATTHEWS JOHNSON <br> Chief, General Litigation I <br> D.C. Bar No. 435163 <br><br> _____/s/_____ <br> WENDEL V. HALL <br> Assistant Attorney General <br> D.C. Bar No. 439344 <br> Suite 6S012 <br> 441 4th Street, N.W. <br> Washington, D.C. 20001 <br> (202) 724-6608 <br> (202) 727-0431 (fax) <br> E-mail: wendel.hall@dc.gov |