UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 05-0002205 (HHK) |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R.Civ. P. 6(b), Plaintiff Thyra Lowe, by and through undersigned Counsel hereby requests an enlargement of time until August 25, 2006 to file her Response to the Defendant's Motion to Dismiss for Failure to State a Claim. Plaintiff has consulted with opposing counsel, who consents to this Motion.

Dated: August 3, 2006            Respectfully Submitted:

/s/ F. Douglas Hartnett
F. Douglas Hartnett
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202) 965-0529 / (202) 965 0530 (fax)

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE, | : |
| Plaintiff, | : |
| v. | : C. A. No. 05-0002205 (HHK) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND**

Under Fed. R Civ. P. 6(b) The Court may grant an enlargement of time for good cause shown.  This instant case involves many complex issues of fact and law, both federal and District of Columbia, as well as Constitutional, which necessitate a detailed and exhaustive response.  The Defendant's Motion to Dismiss further complicates the necessary response because it makes detailed factual assertions, many of which are not accurate, but that would be dispositive if left unrebutted.

In addition, Counsel for Plaintiff states as follows:

1) Plaintiff's Counsel has had, and will continue to have, an unusually heavy schedule, including a hearing before the District of Columbia Office of Administrative Hearings, a hearing before the Merit Systems Protection Board, a hearing in a criminal matter in DC Superior Court and a brief for an appeal before the Delaware State Supreme Court, all between July 25, 2006 (when Defendant's Motion was filed) and August 10, 2006.

2) Defendant filed the Motion to Dismiss for Failure to State a Claim on July 25, 2006.  The

same week counsel for both parties met to confer in accordance with Fed. R. Civ. 16.3. Following that meeting Plaintiff's Counsel drafted and filed the Rule 16.3 Report, appeared for the Initial Scheduling Conference and, at the Court's Request, drafted for the Court's review the subsequent Initial Scheduling Order in this matter. These activities have consumed much of the time available for Counsel to work on this case since Defendant filed its Motion.

Because this Motion is non-dispositive, consultation with opposing counsel is required under LCv R.7(m). Plaintiff's counsel did consult with opposing counsel on August 3, 2006 by telephone. Opposing counsel does not oppose this Motion for an Enlargement of time until August 25, 2006.

Dated: August 3, 2006                    Respectfully Submitted:

/s/ F. Douglas Hartnett
F. Douglas Hartnett
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202) 965-0529 / (202) 965 0530 (fax)

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 05-0002205 (HHK) |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

### ORDER

Having considered Plaintiff's Motion for an Enlargement of Time to Respond, the Memorandum of Points and Authorities in Support, the consent of opposing counsel, and the entire record herein, it is, on this ____ day of ____, 2006:

ORDERED: that Plaintiff's Motion for an Enlargement of Time to Respond shall be and hereby is, GRANTED; and it is

FURTHER ORDERED: That Plaintiff shall submit her Response to the Defendant's Motion to Dismiss for Failure to State a Claim no later than August 25, 2006.

_____
Henry H. Kennedy
United States District Judge