UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THRYA LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-00022505 (HHK) |
| ) | Next-Scheduled Court Event: |
| DISTRICT OF COLUMBIA, ) | Pretrial Status Conference |
| ) | |
| *et. al.* ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Plaintiff, by and through Counsel hereby submits its opposition to the Defendant's Motion to Dismiss for Failure to State Claim under Rule 12(b)(6). Assuming all of Plaintiffs factuall allegations are true, the Amended Complaint filed March 3, 2006 states sufficient facts to make out a claim under both the District of Columbia Whistleblower Reinforcement Act, DC Official Code 1-615, et seq., and the Fisrt Amendment to the U.S. Constitution. A Memorandum of Points and Authorities in Support of Plaintiffs Opposition, and an Order Denying Defendant's Motion accompany this Opposition.

For the reasons stated in the accompanying Memorandum, and for any other that may appear to the Court, Plaintiff respectfully requests that Defendant's Motion be denied.

Dated: August 28, 2006                    Respectfully Submitted:


                                                          /s/ F. Douglas Hartnett
                                                          F. Douglas Hartnett
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202) 965-0529 / (202) 965 0530 (fax)

Counsel for Plaintiff