UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THRYA LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-0002205 (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants move for a one-week enlargement of time to file a Reply Brief. Defendants seek this enlargement because the press of litigation has prevented Defendant's counsel from fully researching and drafting the Reply Brief. A memorandum of points and authorities and a proposed Order accompany this motion.

Pursuant to LCvR 7.1(m), Defendant contacted Plaintiff's counsel who consented to the relief requested herein.

Dated: September 8, 2006              Respectfully submitted,

                                      ROBERT J. SPAGNOLETTI
                                      Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

/s/ Kimberly Johnson /Wendel Hall
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THRYA LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-0002205 (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Defendant District of Columbia, by and through undersigned counsel, moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the time within which its Reply Brief to Plaintiff's Opposition to its Motion to Dismiss. The requested enlargement is one week. In support of this motion, Defendant states as follows:

1. The complaint was removed to this Court on November 10, 2005. The complaint purports to state a claim against Defendant District based on the D.C. Whistleblower Protection Act, D.C. Official Code § 1-615.51, and 42 U.S.C. § 1983.

2. Defendants moved to dismiss this Complaint. In due course, Plaintiff opposed this motion. Defendants' Reply Brief is due on September 8, 2006. However, the press of litigation has prevented Defendant's counsel from fully researching and drafting the Reply Brief. As a result, an additional week will allow the motion to be finalized and to be ready for filing. Defendant believes that this reply will provide a basis for the rapid resolution of this case.

3. Defendant District of Columbia therefore requests that it be given until September 15, 2006 to file its Reply. The amount of time is consistent with the complexity of the issues.

4. In accordance with LCvR 7.1(m), Defendant called Plaintiff to seek consent. Plaintiff consented.

Defendant therefore respectfully requests that the Court enlarge its time for answering or otherwise responding to the Complaint as requested herein.

Dated: September 8, 2006                    Respectfully submitted,

                                               ROBERT J. SPAGNOLETTI
                                               Attorney General for the District of Columbia

                                               GEORGE C. VALENTINE
                                               Deputy Attorney General
                                               Civil Litigation Division


                                               /s/ Kimberly Johnson /Wendel Hall
                                               KIMBERLY MATTHEWS JOHNSON
                                               Chief, General Litigation I
                                               D.C. Bar No. 435163



                                               /s/ Wendel Hall
                                               WENDEL V. HALL
                                               Assistant Attorney General
                                               D.C. Bar No. 439344
                                               Suite 6S012
                                               441 4th Street, N.W.
                                               Washington, D.C. 20001
                                               (202) 724-6608
                                               (202) 727-0431 (fax)
                                               E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THRYA LOWE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 05-0002205 (HHK) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, <u>et al.</u>, | ) |
|  | ) |
| Defendants. | ) |

**ORDER**

Having considered Defendants' Consent Motion For Enlargement Of Time To File Reply Brief, the memorandum of points and authorities in support, Plaintiff's consent, and the entire record herein, it is, this ___ day of _____, 2006:

ORDERED:   that Defendants' Consent Motion For Enlargement Of Time To File Reply Brief shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendants shall have until September 15, 2006 to file a reply brief to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss.

_____
Henry H. Kennedy
United States District Judge

cc:

Wendel V. Hall
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

F. Douglas Hartnett
Elitok & Hartnett at Law LLC
2428 Wisconsin Avenue Nw
Washington DC 20007