UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THYRA LOWE**, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v.   ) | Civil Action No. 1:05-cv-2205 (HHK) |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| A Municipal Corporation, *et. al* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CONSENT MOTION TO EXPAND TIME
TO COMPLETE DISCOVERY**

The Plaintiff, Thyra Lowe, by and through the undersigned, hereby submits this Consent Motion to Expand Time to Complete Discovery. The parties are actively involved in the discovery process, but despite their efforts, and after consultation, it is clear to both parties that completing discovery within the current period will not be possible.

Therefore, the parties request the Court allow an additional ninety (90) days to complete the discovery process, and that the current Scheduling Order be amended accordingly. A memorandum of Points and Authorities providing further detail on the basis and need for this Motion is Attached.

Respectfully Submitted:

/s/
F. Douglas Hartnett
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC  20007
(202) 965-0529 / (202) 965 0530 (fax)

Date: December 8, 2006           Counsel for Plaintiff