UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THYRA LOWE**, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Civil Action No. <u>1:05-cv-2205</u> (HHK) |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| A Municipal Corporation, *et. al* ) | |
| ) | |
| Defendants. ) | |

**MEMORADUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXPAND TIME TO COMPLETE DISCOVERY**

The parties have been actively engaged in written Discovery pursuant to the Scheduling Order issued in this matter on July 28, 2006. Despite these efforts however, and due to the number and complexity of the issues, as well as the number of defendants sued in both official and individual capacities, it is apparent to both parties that the time remaining in the current Discovery Period is inadequate.

In, addition, the parties have been reluctant to incur the time and expense of deposing the high level government officials named as defendants (in both official and individual capacities) until the issues before the Court are more clearly defined. Both parties agree that discovery would be far more effective and efficient following a ruling on the pending Motion to Dismiss in this matter.

Therefore, because the parties share a desire to conduct thorough and complete Discovery on all issues before the Court in order to properly address them in the next phase of this litigation (Dispositive Motions), we jointly request an additional ninety (90) days to

complete discovery.

                                    Respectfully Submitted:

                                  _____/s/_____
                                  F. Douglas Hartnett
                                  Elitok and Hartnett at Law, L.L.C.
                                  2428 Wisconsin Avenue, NW
                                  Washington, DC  20007
                                  (202) 965-0529 / (202) 965 0530 (fax)

                                  Counsel for Plaintiff

Date: December 8, 2006