UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THYRA LOWE**, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Civil Action No. <u>1:05-cv-2205</u> (HHK) |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| A Municipal Corporation, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having considered the Plaintiff's Consent Motion to Expand Time to Complete Discovery, The Memorandum of Points and Authorities in Support of the Motion and the entire record herein, it is hereby ORDERED that:

(1) Discovery in this Matter is due by March 21, 2007

(2) Dispositive Motions are due by April 30, 2007

(3) Response to Dispositive Motions are due by April 15, 2007

(4) The Status Conference currently Scheduled for May 11, 2007, 9:45 AM in Courtroom 27A is rescheduled to _____, 2007

SO ORDERED,

_____
Henry H. Kennedy, Jr.
United States District Judge