UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE, | ) |
| Plaintiff; | ) |
| v. | ) Civil Action No. 1:05-cv-2205 (HHK) |
| DISTRICT OF COLUMBIA, A Municipal Corporation, *et. al* | ) |
| Defendants. | ) |

**JOINT MOTION TO EXPAND TIME TO COMPLETE DISCOVERY**

The Parties, by and through the undersigned, hereby submits this Consent Motion to Expand Time to Complete Discovery. The parties are actively involved in the discovery process, but despite their efforts, and after consultation, it is clear to both parties that completing discovery within the current period will not be possible. Under the current scheduling order discovery will close on March 21, 2007.

Therefore, the parties request the Court allows an additional ninety (90) days to complete the discovery process, and that the current Scheduling Order be amended accordingly. A Memorandum of Points and Authorities providing further detail on the basis and need for this Motion is attached.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

_____/s/_____
F. Douglas Hartnett, Esquire
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC  20007

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

NICOLE L. LYNCH [471953]
Chief, General Litigation Section II

(202)965-0529
Attorney for Plaintiff

        /s/ David A. Jackson /s/
        DAVID A. JACKSON [471535]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6618
        (202) 727-3625 (fax)
        Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, )<br>)<br>Plaintiff; )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>A Municipal Corporation, *et. al* )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-2205 (HHK) |

**MEMORADUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO EXPAND TIME TO COMPLETE DISCOVERY**

The parties have been actively engaged in written Discovery pursuant to the Scheduling Order issued in this matter on July 28, 2006. Despite these efforts however, and due to the number and complexity of the issues, as well as the number of defendants sued in both official and individual capacities, it is apparent to both parties that the time remaining in the current Discovery Period is inadequate.

In, addition, the parties are reluctant to incur the time and expense of deposing the high level government officials named as defendants (in both official and individual capacities) until the issues before the Court are more clearly defined. Both parties agree that discovery would be far more effective and efficient following a ruling on the pending Motion to Dismiss in this matter.

Additionally, the Defendants' counsel of record, Wendel Hall, is no longer employed by the Office of the Attorney General and this case was recently reassigned to successor counsel who needs time to familiarize himself with this case. Successor counsel already has trials

scheduled as follows: *Squires et al. v. Atcheson, et al.*, CA No. 05-1120 (JR) (one week trial schedule to begin April 9, 2007); *Settles, et al. v. Thompson, et al.*, CA No. 04-288 (JR) (two week trial scheduled to begin May 1, 2007); (*Bowie v. Gonzalez, et al.*, CA No. 03-948 (RCL) (one week trial scheduled to begin immediately following the *Settles* trial). Lastly, the Deputy General Counsel for the Department of Health was working on completing responses to Plaintiff's discovery requests but he had to go out of town due to a death in his family. The Deputy General Counsel has indicated that he will need an additional thirty (30) to complete the discovery. The Plaintiff has not responded to the Defendants' discovery requests

Therefore, because the parties share a desire to conduct thorough and complete Discovery on all issues before the Court in order to properly address them in the next phase of this litigation (Dispositive Motions), we jointly request an additional ninety (90) days to complete discovery.

This Joint Motion is filed in accordance with Fed. R. Civ. Pro, 6 (b) (1), LCvR 7 (m) and this court's Order for Initial Scheduling Conference.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

_____/s/_____
F. Douglas Hartnett, Esquire
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202)965-0529
Attorney for Plaintiff

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

NICOLE L. LYNCH [471953]
Chief, General Litigation Section II

/s/ David A. Jackson /s/
DAVID A. JACKSON [471535]
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6618
(202) 727-3625 (fax)
Attorney for Defendants