UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE, | ) |
|  | ) |
| Plaintiff; | ) |
|  | ) |
| v. | ) Civil Action No. 1:05-cv-2205 (HHK) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
| A Municipal Corporation, *et. al* | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**ORDER**

Upon consideration of the Joint Motion to Expand Time to Complete Discovery, the Memorandum of Points and Authorities in Support thereof, and the entire record herein, it is this _____ day of March, 2007,

ORDERED that the Joint Motion is GRANTED, and it is further

ORDERED that the following deadlines are hereby established

(1).    Discovery completed by June 22, 2007

(2).    Dispositive motions due by July, 20, 2007

(3).    Responses due by August 3, 2007

(4).    Replies due by August 10, 2007.

So ordered.

_____
Judge Henry H. Kennedy
United States District Court
District of Columbia

Copies to:
All Counsel of record by ECF