## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Civil Action No. 1:05-cv-2205 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| A Municipal Corporation, *et. al* | ) |
| | ) |
| Defendants. | ) |
| | ) |

### JOINT MOTION TO EXPAND TIME TO COMPLETE DISCOVERY

The Parties, by and through the undersigned, hereby submits this Consent Motion to Expand Time to Complete Discovery. The parties are actively involved in the discovery process, but despite their efforts, and after consultation, it is clear to both parties that completing discovery within the current period will not be possible. Under the current scheduling order discovery will close on June 22, 2007.

Therefore, the parties request the Court allows an additional ninety (90) days to complete the discovery process, and that the current Scheduling Order be amended accordingly. A Memorandum of Points and Authorities providing further detail on the basis and need for this Motion is attached.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

/s/F. Douglas Hartnett  
F. Douglas Hartnett, Esquire  
Elitok and Hartnett at Law, L.L.C.

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

-1-

| | |
|---|---|
| 2428 Wisconsin Avenue, NW<br>Washington, DC 20007<br><br>(202)965-0529<br>Attorney for Plaintiff | NICOLE L. LYNCH [471953]<br>Chief, General Litigation Section II<br><br>/s/ David A. Jackson /s/<br>DAVID A. JACKSON [471535]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6618<br>(202) 727-3625 (fax)<br>Attorney for Defendants |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, | ) |
| Plaintiff; | ) |
| v. | ) Civil Action No. 1:05-cv-2205 (HHK) |
| DISTRICT OF COLUMBIA, A Municipal Corporation, *et. al* | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXPAND TIME TO COMPLETE DISCOVERY**

The parties have been actively engaged in written Discovery pursuant to the Scheduling Order issued in this matter on July 28, 2006. Despite these efforts however, and due to the number and complexity of the issues, as well as the number of defendants sued in both official and individual capacities, it is apparent to both parties that the time remaining in the current Discovery Period is inadequate.

In, addition, the Plaintiff has responded to the Defendants' written discovery requests on June 18, 2007, the Defendants have not yet responded to the Plaintiff's requests. Both parties are reluctant to incur the time and expense of deposing witnesses, including the Plaintiff and the high level government officials named as defendants (in both official and individual capacities) until the issues before the Court are more clearly defined. Both parties agree that discovery would be far more effective and efficient following a ruling on the pending Motion to Dismiss in this matter.

Therefore, because the parties share a desire to conduct thorough and complete

-1-

Discovery on all issues before the Court in order to properly address them in the next phase of this litigation (Dispositive Motions), we jointly request an additional ninety (90) days to complete discovery.

This Joint Motion is filed in accordance with Fed. R. Civ. Pro, 6 (b) (1), LCvR 7 (m) and this court's Order for Initial Scheduling Conference.

|  | Respectfully submitted, |
|---|---|
|  | LINDA SINGER<br>Attorney General for the District of Columbia |
| /s/ F. Douglas Hartnettt<br>F. DOUGLAS HARTNETT<br>DC Bar #<br>Elitok and Hartnett at Law, L.L.C.<br>2428 Wisconsin Avenue, NW<br>Washington, DC 20007<br>(202)965-0529<br>Attorney for Plaintiff | GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division<br><br>NICOLE L. LYNCH [471953]<br>Chief, General Litigation Section II<br><br>/s/ David A. Jackson /s/<br>DAVID A. JACKSON [471535]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6618<br>(202) 727-3625 (fax)<br>Attorney for Defendants |