**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THYRA LOWE, | ) |
|     Plaintiff; | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 1:05-cv-2205 (CKK) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|     A Municipal Corporation, *et. al* | ) |
|  | ) |
|     Defendants. | ) |

**CONSENT MOTION TO EXPAND TIME TO COMPLETE DISCOVERY**

The Parties, by and through the undersigned, hereby submit this Consent Motion to Expand Time to Complete Discovery. The parties are actively involved in the discovery process, but despite their efforts, and after consultation, it is clear to both parties that completing discovery within the current period will not be possible. There have been some difficulties and disagreements relating to Defendant's responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents. Further, witnesses are scattered throughout the country and may prove difficult to locate. The parties are currently cooperating in efforts to and negotiate a resolution of these difficulties and disagreements.

Therefore, the parties request the Court allow an additional sixty (60) days to complete the discovery process, and that the current Scheduling Order be amended accordingly. A Memorandum of Points and Authorities providing further detail on the basis and need for this Motion is attached, as well as a proposed Order granting this Consent Motion.

Respectfully submitted,


/s/F. Douglas Hartnett
F. Douglas Hartnett, Esquire
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202) 965-0529

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE,<br>    Plaintiff;<br><br>v.<br><br><br><br>DISTRICT OF COLUMBIA,<br>    A Municipal Corporation, *et. al*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-cv-2205 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO EXPAND TIME TO COMPLETE DISCOVERY**

    1. The parties have been actively engaged in written Discovery pursuant to the Scheduling Order issued in this matter on July 28, 2006. Despite these efforts however, and due to the number and complexity of the issues, as well as the number of defendants sued in both official and individual capacities, it is apparent to both parties that the time remaining in the current Discovery Period is inadequate.

    2. Both parties have submitted interrogatories and document requests, and both parties have responded. There have been some difficulties and disagreements relating to Defendant's responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, which the parties are currently discussing and attempting to resolve. As soon as those issues have been addressed, the parties will be able to proceed with depositions and completion of discovery.

    3. Both parties are reluctant to incur the time and expense of deposing witnesses, including the Plaintiff and the high level government officials named as defendants (in both

official and individual capacities) until the issues before the Court are more clearly defined. Both parties agree that discovery would be far more effective and efficient following a ruling on the pending Motion to Dismiss in this matter, as that ruling will have significant consequences for the defendants sued in their individual capacities.

4. This Consent Motion is filed in accordance with Fed. R. Civ. Pro, 6 (b) (1), LCvR 7 (m) and this court's Order for Initial Scheduling Conference.

## CONCLUSION

Therefore, because the parties share a desire to conduct thorough and complete Discovery on all issues before the Court in order to properly address them in the next phase of this litigation (Dispositive Motions), Plaintiff requests and Defendants consent to this request for an additional sixty (60) days to complete discovery.

Respectfully submitted,

/s/F. Douglas Hartnett
F. Douglas Hartnett, Esquire
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202) 965-0529

Attorney for Plaintiff

<strong>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA</strong>

|  |  |
|---|---|
| THYRA LOWE,<br>    Plaintiff; | )<br>)<br>) |
| v. | )<br>)<br>) Civil Action No. 1:05-cv-2205 (CKK) |
| DISTRICT OF COLUMBIA,<br>    A Municipal Corporation, *et. al*<br><br>    Defendants. | )<br>)<br>)<br>)<br>) |

<strong>ORDER</strong>

Having considered the Plaintiff's Consent Motion to Expand Time to Complete Discovery, The Memorandum of Points and Authorities in Support of the Motion and the entire record herein, it is hereby ORDERED that:

(1)   Discovery in this Matter is due by November 27, 2007

SO ORDERED,

_____
Colleen Kollar-Kotelly
United States District Judge