UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THYRA LOWE, )
    Plaintiff; )
 )
v. )
 ) Civil Action No. 1:05-cv-2205 (HHK)
 ) (Jury Trial Requested)
DISTRICT OF COLUMBIA, )
    A Municipal Corporation, *et. al* )
 )
    Defendants. )
 )

**MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Comes now the Plaintiff, Ms. Thyra Lowe, by and through undersigned counsel, to ask leave pursuant to Fed. R. Civ. P. 15(a), to file the attached Second Amended Complaint of Unlawful Employment Discrimination and Retaliation. The original Complaint is for violations of the District of Columbia Whistleblower Reinforcement Act and the First Amendment to the Constitution. This Amended Complaint adds an additional cause of action based on discrimination based on sex and race, and retaliation for protected Equal Employment Opportunity activity by Plaintiff in violation of Title VII of the 1964 Civil Rights Act. Plaintiff's Memorandum of Points and Authorities in Support of this Motion are attached hereto.

        Respectfully submitted,

        /s/ F. Douglas Hartnett /s/
        F.DOUGLAS HARTNETT [466851]
        Elitok and Hartnett at Law, L.L.C.
        2428 Wisconsin Avenue, NW
        Washington, DC  20007
        Phone:  (202) 965-0529
        Fax:    (202) 965 0530
        *Counsel for Plaintiff*