UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THYRA LOWE, <br>     Plaintiff; <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br>     A Municipal Corporation, *et. al* <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05-cv-2205 (HHK) <br> ) (Jury Trial Requested) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Comes now the Plaintiff, Ms. Thyra Lowe, by and through undersigned counsel, to ask leave pursuant to Fed. R. Civ. P. 15(a), to file the attached Second Amended Complaint of Unlawful Employment Discrimination and Retaliation. The original Complaint is for violations of the District of Columbia Whistleblower Reinforcement Act and the First Amendment to the Constitution. This Amended Complaint adds an additional cause of action based on discrimination based on sex and race, and retaliation for protected Equal Employment Opportunity activity by Plaintiff in violation of Title VII of the 1964 Civil Rights Act.

**PROCEDURAL HISTORY AND FACTS RELATED TO THIS
MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

The administrative process for the additional cause of action, had been ongoing, but was not exhausted until after the first Amended Complaint was filed in this matter on March 23, 2006. The court's jurisdiction over this additional cause of action ripened only after the E.E.O.C. issued to Plaintiff a right to sue letter, entitled DISMISSAL AND

NOTICE OF RIGHTS, which letter was received by Plaintiff at 4:29 PM on July 13, 2007. The ninety-day statutory period for filing the additional cause of action in this Second Amended Complaint has not yet expired and will not expire until the end of this day, October 12, 2007. Hence, Plaintiff has a statutory right to timely file this additional cause of action.

David A. Jackson, Assistant Attorney General for the District of Columbia, represents all Defendants, District of Columbia, *et. al.*. Mr. Jackson has been consulted and asked to give consent to this Motion and the filing of this Second Amended Complaint. Mr. Jackson asked to review the Second Amended Complaint before giving his consent. Plaintiff then provided Mr. Jackson with a copy of the Second Amended Complaint for his review and consent. Plaintiff subsequently called Mr. Jackson, to ask for his consent.

As of the time this Motion and Second Amended Complaint were submitted, Mr. Jackson had not yet responded to give said consent or refuse said consent.

**ARGUMENT IN SUPPORT OF THIS**
**MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

At this point in the adjudicatory process, the Plaintiff "may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." *Lee v. Winter*, 439 F.Supp.2d 82, 84 (D.D.C., 2006); *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962).

"[L]eave to amend is to be granted absent bad faith, dilatory motive, undue delay ... or prejudice on the non-moving party." *Mississippi Assoc. of Cooperatives v. Farmers Home Admin.*, 139 F.R.D. 542, 543 (D.D.C.1991) (*citing Foman v. Davis*, *supra*; and *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321, 91 S.Ct. 795, 28 L.Ed.2d 77 (1971)).

The additional cause of action in this Second Amended Complaint does not involve any additional parties and arises from the same facts alleged in the original complaint, paragraphs 8-23. Furthermore, the new cause of action arises from Plaintiff's E.E.O.C. retaliation complaint of which all Defendant's have been aware since in or around August of 2005. Hence, Defendants, District of Columbia, *et. al.*, have been on notice of the nature and basis of the additional cause of action in this Second Amended Complaint since the original complaint was filed on August 4, 2004. Hence, the Defendants, District of Columbia, *et. al.,* are in no way prejudiced by the filing of this Second Amended Complaint. *See Id*. This filing is made without "bad faith, [or] dilatory motive," and it will not cause any "undue delay." *See Id*.

Because the additional cause of action in this Second Amended Complaint arises from the same facts alleged in the original complaint, it serves the interests of judicial economy for the additional cause of action to be tried along with the cause(s) of action contained in the first Amended Complaint.

**CONCLUSION**

For the reasons stated above, this Motion for Leave to File a Second Amended Complaint should be granted; and the attached Second Amended Complaint of Unlawful Employment Discrimination and Retaliation should be accepted into the record of this proceeding.

Respectfully submitted,

/s/ F. Douglas Hartnett /s/
F.DOUGLAS HARTNETT [466851]
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC  20007
Phone:  (202) 965-0529
Fax:     (202) 965 0530
*Counsel for Plaintiff*