UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE,<br>    Plaintiff;<br><br>    v.<br><br><br><br>DISTRICT OF COLUMBIA,<br>    A Municipal Corporation, *et. al*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-cv-2205 (HHK)<br>) (Jury Trial Requested)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Presently before the court is the Plaintiff's Motion for Leave to File a Second Amended Complaint. As permitted by Fed. R. Civ. P. 15(a), and for the reasons stated in Plaintiff's motion, the court concludes that the motion should be granted. Accordingly, it is hereby

**ORDERED** that the Motion for Leave to File an Amended Complaint is hereby **GRANTED**, and it is further

**ORDERED** that the Second Amended Complaint attached to Plaintiff's Motion is accepted into the record, and the Defendants in this matter shall continue hereafter to be the District of Columbia, *et. al.*.

**SO ORDERED**, on this _____ day of October, 2007

/s/_____
Henry H. Kennedy, Jr.
United States District Judge