IN FEDERAL DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THYRA LOWE**  :  |  |
| Plaintiff,  : |  |
| : | **Civil Action No. 05-2205 (CKK)** |
| v.  : |  |
| : |  |
| **DISTRICT OF COLUMBIA,** *et al.,*  : | Date: October 19, 2007 |
| Defendants.  : |  |

### MOTION TO COMPEL DEFENDANTS TO FULLY ANSWER ALL INTERROGATORIES AND TO COMPLY WITH ALL DOCUMENT PRODUCTION REQUESTS SUBMITTED IN DISCOVERY AND FOR SANCTIONS AGAINST DEFENDANTS

Plaintiff Thyra Lowe, by and through her undersigned counsel, moves for an Order to compel Defendants to fully comply with the following discovery requests, and for attorney's fees and appropriate sanctions. The Plaintiff has spoken with opposing counsel several times over the phone in attempts to obtain legally satisfactory answers to its interrogatories and obtain the requested production of documents from Defendants. These good faith efforts have not yielded satisfactory results – defendants have failed to respond to the Plaintiff's Interrogatories and production of Documents requests or inform Plaintiff's Council whether or when further responses are forthcoming. U.S.Dist.Ct.Rules D.D.C., Rule 7(m);   Ellipso v. Mann, 460 F.Supp.2d 99 (D.D.C. 2006).

### SUMMARY OF FACTS

1. Plaintiff served her first set of interrogatories and requests for the production of documents on Defendant District of Columbia on January 29, 2007, and received an inadequate response June 26, 2007; served interrogatories and requests for the production of documents on

1

Defendant Gregory Pane on January 29, 2007 and received inadequate responses on July 10, 2007; served interrogatories and requests for the production of documents on Defendant Monica Lamboy on January 29, 2007 and received inadequate responses on July 27, 2007; served interrogatories and requests for the production of documents on Defendant Cheryl Edwards on January 29, 2007, and received inadequate responses on June 22, 2007; served interrogatories and requests for the production of documents on Defendant Thomas Calhoun on January 29, 2007, and received inadequate responses on June 25th, 2007.

  2. Plaintiff's Counsel wrote a detailed letter to Defendants' Counsel outlining the failures in these responses on August 15, 2007. Since that time, both counsel have conferred over the telephone, and Plaintiff's Counsel has provided information from Ms. Lowe about where some of the requested information may be found in defendant's offices.

  3. Defendant's Counsel has acted in a cooperative and civil manner, and produced what appears to be an incomplete personnel file for Plaintiff[1], but has failed to provide sufficient responses or identified a date certain for additional responses, as of the date of this Motion.

  4. Because the individual defendants are all represented by Counsel for the District of Columbia (all responses were signed by Mr. Jackson, Assistant Attorney General, DC), plaintiff has addressed all of the Defendants' discovery violations in this single Motion. During communications with opposing counsel between August 15th and present, and specifically on September 29, 2007, Plaintiff's Counsel informed Defendants' Counsel of his intent to file this Motion to Compel and for Sanctions. Needless to say, defendants have not consented to this

---

[1] Upon examination of the document provided it appears that the file is incomplete in that it fails to contain even the most basic documents required under DC Personnel regulations.

Motion. Attached is a Memorandum of Points and Authorities detailing the factual and legal basis for this Motion, and a proposed Order.

### **CONCLUSION AND PRAYER FOR RELIEF**

Therefore, because the Defendants have failed to respond with legally sufficient answers or objections to Plaintiff's discovery requests, the Court should grant this Motion to Compel, order the Defendants to properly reply to all Plaintiff's discovery requests, issue appropriate sanctions, and award to Plaintiff all costs and reasonable attorney fees for filing this Motion, as provided in FRCP 37.

Respectfully Submitted,

/s/ *F. Douglas Hartnett*
F. Douglas Hartnett
Elitok & Hartnett at Law, LLC
2428 Wisconsin Avenue, NW
Washington, DC 20007
202 -965-0529 (vox)
202-965-0930 (fax)
Counsel for Appellant

IN FEDERAL DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THYRA LOWE**<br>        Plaintiff,<br><br>        v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>        Defendants. | **Civil Action No. 05-2205 (CKK)** |

## ORDER

Having considered the Plaintiff's Consent Motion to Expand Time to Complete Discovery, The Memorandum of Points and Authorities in Support of the Motion and the entire record herein, it is hereby ORDERED that:

(1) All Defendants shall fully respond to Plaintiff's Interrogatories and Request for the Production of Documents within ten days of this Order;

(2) Defendant's are barred from asserting additional Objections other than fully documented and described claims of attorney-client privilege;

(3) Plaintiff is awarded attorney fees and cost incurred in the preparation of the Motion to Compel;

SO ORDERED,

_____

Judge Colleen Koller-Kotelly