From: Doug Hartnett [dhartnett@elitokandhartnett.com]
Sent: Tuesday, September 18, 2007 9:24 PM
To: 'davida.jackson@dc.gov'
Subject: Assistance in Discovery Responses . . .

David -

My client tells me that her personnel record is still sitting with the Primary Care Prevention and Planning program Senior Deputies Office. The assistant there will know exactly where it is.

She also believes her CPU is sitting in the office of the Bioterrorism Coordinator—if not, it still remains under lock and key at 825 North Capitol Street in the IT Server room. The emails that we have requested all should be on the one of the servers for DOH as they are all "Share drive" file.

I hope this helps speed the process. Please let me know how it is going.

Thanks,
Doug