UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE, | ) |
| Plaintiff; | ) ) ) |
| v. | ) C. A. No. 1:05-cv-2205(CKK) (JMF) |
| DISTRICT OF COLUMBIA, *et al.,* | ) ) ) |
| Defendants. | ) ) ) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR
THE DEFENDANTS TO FILE THEIR OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**

Defendants, by and through the undersigned, hereby move this Court, pursuant to Fed. R. Civ. Pro. 6 (b) and LCvR 7 (m), to grant them a five (5) day extension of time to file their opposition to Plaintiff's Motion to Compel and for Sanctions. The Defendants request that the deadline for them to file their opposition be extended from Monday November 5, 2007 to Tuesday November 13, 2007. In support of this motion the Defendants state:

1. On October 22, 2007, Plaintiff filed a motion seeking to compel regarding the Defendants discovery responses.

2. The Defendants' opposition to Plaintiff's motion is due on November 5, 2007.

3. At the time Plaintiff filed her motion undersigned counsel was engaged in a trial in the DC Superior Court in the matter of *Smith, et al., v. District of Columbia*, 2004 CA 004555 and 2004 CA 004583 (Morin, J.). Needless to say, during the trial undersigned counsel was not able to work on opposing Plaintiff's motion.

4. The *Smith* trial concluded on October 24, 2007 and, since then undersigned

counsel has met with all but one Defendant to go over the concerns raised in Plaintiff's motion to compel. None of the Defendants work for the District of Columbia government and one Defendant now lives in Massachusetts.

5. Undersigned counsel still needs to meet with Defendant Dr. Payne and, a meeting has been scheduled for November 5, 2007. Undersigned counsel had originally scheduled to meet with Dr. Payne on October 30, 2007 but that meeting had to be rescheduled.

6. Counsel for Plaintiff has given his consent to this motion and, therefore, Plaintiff will not be prejudiced if this motion is granted.

7. This is the Defendants' first request for an extension of time.

8. This motion is timely as it is filed prior to deadline for the Defendants to file their opposition.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/NICOLE L. LYNCH/S/
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THYRA LOWE, | ) |
| Plaintiff; | ) ) ) |
| v. | ) C. A. No. 1:05-cv-2205(CKK) (JMF) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION FOR EXTENSION OF TIME FOR
THE DEFENDANTS TO FILE THEIR OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**

**1.    Fed. R. Civ. Pro. 6 (b).**

**2.    LCvR 7 (m).**

**3.    The inherent powers of this Honorable Court.**

**4.    The consent of counsel for Plaintiff.**

**5.    The entire record herein.**

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/NICOLE L. LYNCH/S/
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov