UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | C. A. No. 1:05-cv-2205(CKK) (JMF) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME FOR
THE DEFENDANTS TO FILE THEIR OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**

Defendants, by and through the undersigned, hereby move this Court, pursuant to Fed. R. Civ. Pro. 6 (b) and LCvR 7(m), to grant them a one (1) day extension of time to file their opposition to Plaintiff's Motion to Compel and for Sanctions. The Defendants request that the deadline for them to file their opposition be extended from Tuesday November 13, 2007, to Wednesday November 14, 2007. In support of this motion the Defendants state:

1. On November 6, 2007, this Court extended the deadline for the Defendants to file their opposition to Plaintiff's motion to compel until November 13, 2007.

2. The Defendants' now seek a one (1) day extension and request that they be allowed to file their Opposition on Wednesday November 14, 2007.

3. Undersigned counsel has completed the Opposition, and it is ready to be submitted to undersigned counsel's Section Chief, who must review it before the Opposition can be filed.

4. Due to the press of other litigation matters, undersigned Counsel's was unable to

submit the Opposition to his Section Chief with sufficient time for her to review the lengthy Opposition, before the close of business.

5.The Defendants seek only a one (1) day extension and will file their Opposition on November 14, 2007.

6.Counsel for Plaintiff has given his consent to this motion, and therefore, Plaintiff will not be prejudiced if this motion is granted.

7.This is the Defendants' second request for an extension of time.

8.This motion is timely as it is filed prior to deadline for the Defendants to file their Opposition.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/NICOLE L. LYNCH/S/_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THYRA LOWE, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) C. A. No. 1:05-cv-2205(CKK) (JMF) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF CONSENT MOTION FOR EXTENSION OF TIME FOR**
**THE DEFENDANTS TO FILE THEIR OPPOSITION TO**
**PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**

1.  **Fed. R. Civ. Pro. 6 (b).**

2.  **LCvR 7 (m).**

3.  **The inherent powers of this Honorable Court.**

4.  **The consent of counsel for Plaintiff.**

5.  **The entire record herein.**

                                          Respectfully submitted,

                                          LINDA SINGER
                                          Attorney General for the
                                          District of Columbia

                                          GEORGE VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

/s/NICOLE L. LYNCH/S/_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II


/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov