UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, </br></br>Plaintiff; </br></br>v. </br></br>DISTRICT OF COLUMBIA, </br>A Municipal Corporation, *et. al* </br></br>Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C. A. No. 1:05-cv-2205 (CKK) (JMF) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

Upon consideration of the Second Consent Motion for Extension of Time for the Defendants to File Their Opposition to Plaintiff's Motion to Compel and for Sanctions, the Memorandum of Points and Authorities in Support thereof, and the entire record herein, it is this _____ day of November, 2007,

ORDERED that the Consent Motion is GRANTED, and it is further

ORDERED that the deadline for Defendants to file their Opposition to Plaintiff's Motion to Compel and for Sanctions is extended up to and including November 14, 2007.

So ordered.

Magistrate Judge John M. Facciola
United States District Court
District of Columbia

Copies to:
All Counsel of record by ECF