**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **THYRA LOWE**,<br>Plaintiff;<br><br>v.<br><br>**DISTRICT OF COLUMBIA**,<br>A Municipal Corporation, *et. al*<br><br>Defendants. | )<br>)<br>)<br>)  Civil Action No. <u>1:05-cv-2205</u> (CKK/JMF)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXPAND TIME**
**TO COMPLETE DISCOVERY**

The Parties, by and through the undersigned, hereby submit this Consent Motion to Expand Time to Complete Discovery. The parties are actively involved in the discovery process, but despite their efforts, and the number of issues pending before the Court related to the Discovery process, it is clear to both parties that completing discovery within the current period will not be possible.

Therefore, the parties request the Court allow an additional ninety (90) days to complete the discovery process, and that the current Scheduling Order be amended accordingly. A memorandum of Points and Authorities providing further detail on the basis and need for this Motion is Attached.

Respectfully Submitted:

_____/s/_____        _____/s/_____
F. Douglas Hartnett                                David A. Jackson
Elitok and Hartnett at Law, L.L.C.          Assistant Attorney General
2428 Wisconsin Avenue, NW
Washington, DC  20007
(202) 965-0529 / (202) 965 0530 (fax)
Counsel for Plaintiff