## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THYRA LOWE**, ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2205 (CKK/JMF) |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| A Municipal Corporation, *et. al* ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXPAND TIME TO COMPLETE DISCOVERY

The parties have been actively engaged in written Discovery pursuant to the Scheduling Order issued in this matter on September 21, 2007. Despite these efforts however, and due to the number and complexity of the issues, as well as the number of Motions pending before the Court related to the Discovery process the Parties request that the Scheduling Order be amended to give time to the Court and Parties to resolve the pending issues and complete discovery.

In, addition, the parties have been reluctant to incur the time and expense of deposing the high level government officials named as defendants (in both official and individual capacities) until the issues before the Court are more clearly defined. Both parties agree that discovery would be far more effective and efficient following a ruling on the pending Motion to Dismiss in this matter.

Currently there is a Partial Motion to Dismiss and a Consent Request for a Protective Order pending before the Court. The Court's decision on the Motion to Dismiss may limit the scope of Discovery, including dismissing the individual defendants in this matter entirely. The Protective Order is necessary for the Parties to complete responses to Requests for the

Production of Documents prior to taking oral depositions. Without resolution of these pending matters the parties have been unable to properly complete the discovery process.

In addition, there is a Motion to Compel Defendants to fully respond to discovery request and for sanctions. This Motion, and the resolution thereof, also clearly bears on the discovery process and has impeded the completing discovery under the current Order.

Therefore, because the parties share a desire to conduct thorough and complete Discovery on all issues before the Court in order to properly address them in the next phase of this litigation (Dispositive Motions), we jointly request an additional ninety (90) days to complete discovery.

                              Respectfully Submitted:

                              _____/s/_____
                              F. Douglas Hartnett
                              Elitok and Hartnett at Law, L.L.C.
                              2428 Wisconsin Avenue, NW
                              Washington, DC  20007
                              (202) 965-0529 / (202) 965 0530 (fax)

                              Counsel for Plaintiff

Date: November 30, 2007