UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THYRA LOWE**, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Civil Action No. <u>1:05-cv-2205</u> (HHK/JMF) |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| A Municipal Corporation, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having considered the Plaintiff's Consent Motion to Expand Time to Complete Discovery, The Memorandum of Points and Authorities in Support of the Motion and the entire record herein, it is hereby ORDERED that:

(1) Discovery in this Matter is due by February 28, 2008

(2) Dispositive Motions are due by March 30, 2008

(3) Response to Dispositive Motions are due by May 15, 2008

(4) The Status Conference currently Scheduled for May 11, 2007, 9:45 AM in Courtroom 27A is rescheduled to _____, 2008

SO ORDERED,

_____
Colleen Kollar-Kotelly
United States District Judge