UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THYRA LOWE,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

Civil Action No. 05-2205 (CKK) (JMF)

**DEFENDANTS' SUPPLEMENTAL OPPOSITION
TO PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**

Defendants, by and through the Office of the Attorney General, hereby file supplemental to their opposition to Plaintiff's motion to compel and for sanctions. The purpose of the filing is to inform this Court that defendants have served supplemental discovery responses on counsel for plaintiff. The supplemental discovery included the following:

**Individual Defendants**

**I.    Production of Documents**

Defendants Dr. Gregg Pane, Monica Lamboy, Dr. Thomas Calhoun and Cheryl Edwards had no documents responsive to Plaintiff's document request. As such, the these discovery requests were not supplemented.

**II.    Interrogatories**.

    **a.    Defendant Dr. Pane's Interrogatories.**

Dr. Pane asserts that his initial answers to Plaintiff's First Set of Interrogatories constitute his complete response and therefore, no supplemental answers have been provided.

  **b.**  **Defendant Monica Lamboy**

Defendant Monica Lamboy has supplemented her answers to Interrogatories Nos. 2-4, and 16. Ms. Lamboy asserts that her initial answers to Interrogatories Nos. 6, 15 and 18 are complete and accurate and therefore, no supplement answers have been provided.

## Defendant District of Columbia

**III.** **Interrogatories.**

Plaintiff seeks to compel the District to provide further answers to Interrogatories Nos. 3, 5-16 and 21. The District has provided supplemental answers to Interrogatories Nos. 3, 5-10, 12 and 16. The District asserts that its initial answers to Interrogatories Nos. 11, 13-15 and 21 are complete and accurate and therefore, no supplement answers have been provided.

**IV.** **Request For Documents**

Plaintiff seeks to compel the District to serve further responses to Document Requests Nos. 1-6. The District has now produced all known documents in its care, custody and control responsive to Plaintiff's document request. These new supplemented documents include several CD-Roms containing documents from the email accounts of the individual defendants, position announcements and copies of Plaintiff's personnel file.

The District asserts that it has found no other documents that may be responsive to Plaintiff's document requests.

## Conclusion

Based on the foregoing and the Defendants' previously filed opposition, Plaintiff's motion should be denied.

Respectfully submitted,

PETER J. NICHOLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/NICOLE L. LYNCH/S/_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov