UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THYRA LOWE,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**DISTRICT OF COLUMBIA, <u>et al.</u>**<br><br>    **Defendants.** | Civil Action 05-2205 (CKK/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Plaintiff Thyra Lowe's <u>Motion to Compel Defendants to Fully Answer All Interrogatories and to Comply with All Document Production Requests Submitted in Discovery and for Sanctions Against Defendants</u> [#30] is **GRANTED** in part and **DENIED** in part.

   **SO ORDERED.**


Date:   May 21, 2008                          /s/
                                       JOHN M. FACCIOLA
                                       UNITED STATES MAGISTRATE JUDGE