UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THYRA LOWE, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2205 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A Municipal Corporation, *et. al* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PRAECIPE REGARDING FAILURE TO ATTEND STATUS CONFERENCE**

Undersigned counsel hereby files this praecipe to explain why he failed to appear before this Court for the August 1, 2008 status conference. On June 16, 2008, this Court scheduled this matter for a status conference to be held on August 1, 2008. When undersigned counsel receives notices via ECF the matter is normally forwarded to his secretary for calendaring. Undersigned counsel also makes an entry in his personal desk calendar. It appears that in this case neither was done, and undersigned did not remember that a status conference was scheduled for August 1, 2008. This is the first matter that undersigned counsel has failed to appear for in any of his assigned matters. When this Court's courtroom deputy called undersigned counsel about this matter, undersigned counsel was at a deposition in the matter of *Browne v. Distinct of Columbia, et al.,* 2008 CA 008266 B (DC Superior Court). Upon returning from the deposition, undersigned counsel returned the telephone call he received from Courtroom Deputy Dorothy Jones-Patterson, and she informed undersigned counsel that the status conference has been rescheduled for September 4, 2008 at 11:30 AM. This new date has been recorded in undersigned counsel's personal calendar and will be calendared by undersigned counsel's

secretary.

    Undersigned counsel regrets and apologizes for any inconvenience caused to this Court and counsel for plaintiff.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/Samuel C. Kaplan/s/_____
        SAMUEL C. KAPLAN [463350]
        Assistant Deputy Attorney General

        /s/David A. Jackson/s/_____
        DAVID A. JACKSON [471535]
        Assistant Attorney General
        Office of the Attorney General
        441 Fourth Street, NW, 6 South
        Washington, D.C.  20001
        Direct Line: (202) 724-6618
        Facsimile: (202) 727-3625
        E-mail:  davida.jackson@dc.gov