UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **THYRA LOWE**, | ) ) ) | |
| Plaintiff; | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-2205 (CKK) |
| **DISTRICT OF COLUMBIA**, A Municipal Corporation, *et. al* | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Having reviewed the Parties Joint Discovery Plan and Motion filed August 8, 2008, it is hereby ORDERED:

That the Parties complete discovery and file Dispositive Motions and Responses in accordance with the date set forth below:

September 1, 2008:   Deadline for filing any Motions regarding outstanding written Discovery requests

September 26, 2008:   Discovery Completed

October 27, 2008:   Dispositive Motion filed (both Parties)

November 28, 2008:   Response to Dispositive Motions (both Parties)

It is further ORDERED:

That a Status Hearing is set for _____, 2008, at _____ in Courtroom 28A.

Signed,

_____
Colleen Kollar-Kotelly, U. S. District Judge