UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THYRA LOWE**, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2205 (CKK) |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| A Municipal Corporation, *et. al* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT DISCOVERY PLAN,
MOTION TO SET DISPOSITIVE MOTIONS SCHEDULE AND
RESCHEDULE STATUS HEARING**

Pursuant to the Court's Minute Order issued Friday August 1, 2008, the Parties by and through the undersigned counsel, hereby submit this Discovery Plan and Joint Motion to Reschedule Status Hearing currently scheduled for September 1, 2008.

DISCOVERY PLAN

Counsel for the parties have consulted and come to agreement on the following plan to complete discovery in this matter. Unfortunately, at the time of the most recent Status Hearing, Counsel for Plaintiff mistakenly informed the Court that there were two remaining depositions to be taken, when in fact there are three, one of which is of one of the individual defendants. In addition, Defense Counsel is on leave during the last two weeks of August. It is therefore impossible to complete discovery by the date Defense Counsel consented to at the Status Hearing on August 8, 2008.

One of the three outstanding depositions is scheduled for August 13, 2008. A subpoena has been issued for the final witness Deposition, and the Defendant's Counsel

has contacted the remaining Defendant (an Agency official) to obtain his availability. The parties believe the remaining depositions can be scheduled and completed by September 26, 2008, and expect to do so.  Counsel have also discussed the outstanding written discovery issues, and are making progress to resolve them cooperatively.  Should any motions relating to issues concerning written discovery become necessary, the parties agree that they shall be filed by September 1, 2008, in accordance with the Minute Order issued August 1, 2008.  Additionally, Counsel for Defendants has submitted a praecipe (Document 45) explaining why he failed to appear for the August 1, 2008 status conference.

Taking these factors into consideration, the parties propose the following schedule to complete discovery as well as filing Dispositive Motions in this matter:

September 1, 2008:   Deadline for filing any Motions regarding outstanding written Discovery requests

September 26, 2008:  Discovery Completed

October 27, 2008:    Dispositive Motion filed (both Parties)

November 28, 2008:   Response to Dispositive Motions (both Parties)

Finally the Parties respectfully request that the Status Hearing currently scheduled for September 4, 2008, be rescheduled for a date at the Court's convenience following the deadline for the filing of the Dispositive Motions and Responses.  A Proposed Order reflecting this discovery plan and Dispositive Motions schedule is attached.

| Respectfully Submitted: | Respectfully submitted, |
|---|---|
| _____/s/_____ <br> F. Douglas Hartnett [446851] <br> Elitok and Hartnett at Law, L.L.C. <br> 2428 Wisconsin Avenue, NW <br> Washington, DC  20007 | PETER J. NICKLES <br> Acting Attorney General for the <br> District of Columbia <br><br> GEORGE C. VALENTINE |

| | |
|---|---|
| (202) 965-0529 / (202) 965 0530 (fax)<br>Counsel for Plaintiff | Deputy Attorney General<br>Civil Litigation Division<br><br>SAMUEL C. KAPLAN [463350]<br>Assistant Deputy Attorney General<br><br>/David A. Jackson/s/<br>DAVID A. JACKSON [471535]<br>Assistant Attorney General<br>Office of the Attorney General<br>441 Fourth Street, NW, 6 South<br>Washington, D.C. 20001<br>Direct Line: (202) 724-6618<br>Facsimile: (202) 727-3625<br>E-mail: davida.jackson@dc.gov |