UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THYRA LOWE**, )<br>)<br>Plaintiff; )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA**, )<br>A Municipal Corporation, *et. al* )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-2205 (CKK) |

## JOINT DISCOVERY PLAN

Pursuant to the Court's Minute Order issued Monday August 11, 2008, the Parties by and through the undersigned counsel , hereby submit this Discovery Plan.  Because Counsel for Defendant is on leave and unavailable to review and sign this submission, Counsel for Plaintiff submits this Plan on both Party's behalf.

Counsel for the parties have consulted and come to agreement on the following plan to complete discovery in this matter.  Counsel would like to note that one of the depositions scheduled has been completed since the Court's August 11, 2008 Order.

The parties propose the following schedule to complete discovery:

September 8, 2008:   Deadline for filing any Motions regarding outstanding written Discovery requests

September 18-22:    Completion of remaining Depositions - Dr. Gregory Pane, Defendant; Robert Malson, fact witness.

September 26, 2008:  Discovery Completed

                                        Respectfully Submitted:

                                        _____/s/_____
                                        F. Douglas Hartnett
                                        Elitok and Hartnett at Law, L.L.C.
                                        2428 Wisconsin Avenue, NW
                                        Washington, DC  20007
                                        (202) 965-0529 / (202) 965 0530 (fax)
Date: August 18, 2008                Counsel for Plaintiff